Tiffany Gray (SB# 253004)
STEPHEN P. COLLETTE & ASSOCIATES
811 Wilshire Blvd., Suite 1200
Los Angeles, CA 90017
Telephone: (213) 542-8272
Facsimile: (562) 684-4531

Attorney for Plaintiff SHYAM CHETAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYAM CHETAL, an individual,<br><br>    Plaintiff,<br><br> vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; AMERICAN BROKERS CONDUIT, a Delaware Limited Liability Company; AMEX MORTGAGE AND INVESTMENTS, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: CV 092727 CRV<br><br>[Assigned for all Purposes to Charles R. Breyer]<br><br>**[PROPOSED] ORDER FOR A TEMPORARY RESTRAINING ORDER TO ENJOIN THE TRUSTEE'S SALE OF PLAINTIFFS'S REAL PROPERTY PURSUANT TO STIPULATION OF THE PARTIES** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  THIS MATTER comes before the Court upon the Stipulation To Dismiss Stipulation for a Temporary Restraining Order in accordance with the parties' agreement:

1

1. Plaintiff Shyam Chetal has raised claims in this action for, among other things, rescission and damages under the federal Truth in Lending Act ("TILA"), and claims under the California Business and Professional Code § 17200.

2. On June 24, 2009, Plaintiff filed an Ex Parte Application for a Temporary Restraining Order and an Order to Show Cause Re: Preliminary Injunction to enjoin AHMSI from proceeding with a scheduled foreclosure sale on Plaintiff's property located at 2966 Innisbrook Way, Dublin, CA 94568 set for June 29, 2009.

3. The parties have stipulated that a temporary restraining order restraining Defendant AMERICAN HOME MORTGAGE SERVICING, INC., and their agent, T.D. SERVICE COMPANY, from proceeding with a Trustee's Sale currently scheduled to proceed on June 29, 2009 at 12:00 P.M. at 1225 Fallon Street, Oakland, CA regarding the Plaintiff's property located at 2966 Innisbrook Way, Dublin, CA 94568.

4. Plaintiff will file his Motion for Preliminary Injunction to be heard on by the Court on August 7, 2009 at 10:00 A.M. The Temporary Restraining Order will expire on August 7, 2009 absent a further agreement of the parties to extend said Order.

Accordingly, the Court, having reviewed the Stipulation and having been sufficiently advised, IT IS HEREBY ORDERED THAT PENDING a Motion for Preliminary Injunction in this case, defendants, their officers, agents, brokers, attorneys, assignees and employees are HEREBY RESTRAINED AND ENJOINED from instituting a Trustee's Sale and/or selling the property located at 2966 Innisbrook Way, Dublin, CA 94568.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ____June 25_____,2009       By: _____
                                        Honorable Charles R. Breyer

**Undertaking of $100.00 shall be paid by July 2, 2009.  CRB**

2

**[PROPOSED] ORDER FOR A TEMPORARY RESTRAINING ORDER TO ENJOIN THE TRUSTEE'S SALE OF PLAINTIFFS'S REAL PROPERTY PURSUANT TO STIPULATION OF THE PARTIES**