1
2
3
4
5
6
7
8    UNITED STATES DISTRICT COURT
9    NORTHERN DISTRICT OF CALIFORNIA
10
11   SHYAM CHETAL, an individual,    ) Case No. CV 09-2727-CRB
                                     ) *Assigned for all purposes to the*
12                                   ) *Honorable Judge Charles R. Breyer*
             Plaintiff,              )
13                                   )
14                                   ) **[PROPOSED] ORDER RE:**
     vs.                             ) **STIPULATION CONTINUING**
15                                   ) **HEARING ON PLAINTIFF'S**
16                                   ) **MOTION FOR A PRELIMINARY**
17   AMERICAN HOME MORTGAGE          ) **INJUNCTION**
     SERVICING, INC., et al.,        )
18                                   )
19           Defendants.             )
20   _____  )
21
22        Pursuant to the Stipulation Continuing the Hearing on Plaintiff, SHYAM
23   CHETAL'S ("Plaintiff") Motion For A Preliminary Injunction, entered into by
24   and between the respective counsel for Plaintiff and Defendant AMERICAN
25   HOME MORTGAGE SERVICING, INC. ("Defendant"), and for good cause
26   showing, **THE COURT ORDERS AS FOLLOWS:**
27        **1.**   The Hearing on Plaintiff's Motion for a Preliminary Injunction
28   presently set for August 7, 2009 at 10:00 AM in Courtroom 8 of the above-
29

1 | captioned Court is continued to ___August 21, 2009___ at
2 | ___10:00 AM___ in Courtroom ___8___ of the above-captioned Court;
3 |     **2.** The Opposition and Reply deadlines for said Motion shall conform to
4 | *Civil Local Rules*, Rule 7-3 as it relates to the continued hearing date set forth in
5 | Paragraph 1 above; and
6 |     **3.** The Temporary Restraining Order issued by this Honorable Court on
7 | June 25, 2009, shall remain in effect until said date and time set forth in Paragraph 1
8 | above.
9 | **IT IS SO ORDERED.**

Date: ___July 17, 2009___

_____
The Honorable U.S. District Court Judge

---

2

[PROPOSED] ORDER CONTINUING HEARING