IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYAM CHETAL,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN HOME MORTGAGE,<br><br>    Defendant._____/ | No. CV 09-02727 CRB<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE** |

The Court is in receipt of a request from Defendant American Home Mortgage Servicing, Inc. that counsel be permitted to appear telephonically for the hearing on Defendant's motion to dismiss on September 25, 2009. Though the Court understands that it is expensive for counsel to travel to and from Newport Beach, CA, Defendant's request is DENIED. The hearing will benefit from having both parties participate in person.

**IT IS SO ORDERED.**

Dated: September 22, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2727\order re telephonic appearance.wpd