Stephen P. Collette (SBN 186439)
STEPHEN P. COLLETTE & ASSOCIATES
811 Wilshire Blvd., Suite 1200
Los Angeles, CA 90017
Telephone:  (877) 636-5295
Facsimile: (562) 684-4531
E-mail: Stephen_Collette@hotmail.com

Attorney for Plaintiff SHYAM CHETAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYAM CHETAL, an individual, )<br><br>           Plaintiff, )<br>     vs. )<br><br>AMERICAN HOME MORTGAGE )<br>SERVICING, INC., a  Delaware )<br>Corporation; AMERICAN BROKERS )<br>CONDUIT, a Delaware Limited )<br>Liability Company; AMEX )<br>MORTGAGE AND INVESTMENTS, )<br>INC., a California Corporation; and )<br>DOES 1 through 10, inclusive, )<br>                                                                )<br>           Defendants. )<br>_____ ) | CASE NO.:  CV 092727 CRV<br><br>[Assigned for all Purposes to Charles R. Breyer]<br><br>[PROPOSED] **ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     THIS MATTER comes before the Court upon the Joint Stipulation Of Dismissal Without Prejudice in accordance with the parties' agreement:

////

////

1

**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED:   November 19    ,2009         By: _____
                                         Honorable Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**