IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHYAM CHETAL,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE,<br><br>    Defendant.<br>_____/ | No. CV 09-02727 CRB<br><br>**ORDER DIRECTING DISBURSEMENT OF FUNDS** |

The Court has received a request from Plaintiff Shyam Chetal that the Court issue an order refunding him the $100 that he deposited into the Court's registry in connection with an appearance bond in this case. See Request (dkt. 34). Plaintiff's request attaches a letter he received from Ana Banares, Finance Supervisor for this Court. Id. Good cause appearing therefor, the Court DIRECTS disbursement of $100 from the Court's registry to Shyam Chetal, 45319 Whitetail Ct. Fremont, CA 94539.

**IT IS SO ORDERED.**

Dated: March 5, 2014

                                      CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2727\order re disbursement.wpd